IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KRIS CHARLES MILLER, | ) |
| Plaintiff, | ) |
| | ) No. 3:14-cv-02388 |
| v. | ) |
| | ) Judge Nixon |
| CAROLYN W. COLVIN, | ) Magistrate Judge Knowles |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Magistrate Judge Knowles' Report and Recommendation ("Report") recommending that this matter be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff Kris Charles Miller's failure to prosecute in accordance with the Court's Order. (Doc. No. 24 at 1–2.) The Report was filed on October 5, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 2.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, this matter is **DISMISSED** without prejudice. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 26th day of October, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT